# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO: CR-06-2043-FVS |
| v. ) | |
| ) | ORDER DISMISSING |
| ROGELIO MARTINEZ-AGUILAR, ) | INDICTMENT |
| ) | |
| Defendant. ) | |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Indictment as to Defendant Rogelio Martinez-Aguilar is hereby dismissed without prejudice.

DATED this 8th day of January, 2007.

s/ Fred Van Sickle
FRED VAN SICKLE
UNITED STATES DISTRICT JUDGE